**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK CONNALLY,                                    No. C 04-3651 JL

        Plaintiff,

    v.                                                        **DISMISSAL**

HOUSE OF LEE CHINESE
RESTAURANT, ET AL.,

        Defendants.
_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to

a settlement of this cause, IT IS HEREBY ORDERED that this cause of action be dismissed

with prejudice; provided, however that if any party hereto shall certify to this court, within ninety

days, with proof of service thereof, that the agreed consideration for said settlement has not

been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be

restored to the calendar to be set for trial. The further Case Management Conference

calendared for May 4, 2005 is vacated.

DATED: May 3, 2005

                              /s/ James Larson

                        _____
                            James Larson
                     United States Magistrate Judge