1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs PATRICK CONNALLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 PATRICK CONNALLY, an individual;        )  **CASE NO. 04-3651 JL**
   and DISABILITY RIGHTS                   )
11 ENFORCEMENT, EDUCATION                  )  **STIPULATION OF DISMISSAL AND**
   SERVICES:HELPING YOU HELP               )  [~~PROPOSED~~] **ORDER THEREON**
12 OTHERS, a California public benefit     )
   corporation,                            )
13                                         )
            Plaintiffs,                    )
14                                         )
   v.                                      )
15                                         )
   HOUSE OF LEE CHINESE                    )
16 RESTAURANT; YAN MING LI, an             )
   individual; AMY PEIZHEN LI, an          )
17 individual, PIT FUN LI, an individual and )
   BI MING LI, an individual, dba HOUSE    )
18 OF LEE CHINESE RESTAURANT,              )
                                           )
19          Defendants.                    )
   _____  )
20

21         The parties, by and through their respective counsel, stipulate to dismissal of this action

22 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the

23 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its

24 own costs and attorneys' fees.  The parties further consent to and request that the Court retain

25 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511

26 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27 settlement agreements).

28

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action
2 through their designated counsel that the above-captioned action be and hereby is dismissed
3 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5 one original document.

7 Dated: July 27, 2005    THOMAS E. FRANKOVICH,
              *A PROFESSIONAL LAW CORPORATION*

10     By:    /s/
              Jennifer L. Steneberg
              Attorneys for Plaintiffs PATRICK CONNALLY
11            and DISABILITY RIGHTS ENFORCEMENT,
              EDUCATION SERVICES

12 Dated: July 22, 2005    LAW OFFICES OF CHRISTINA Y. CHEN

15     By:    /s/
              Christina Y. Chen
              Attorneys for Defendants YAN MING LI, AMY
16            PEIZHEN LI, PIT FUN LI and BI MING LI

### **ORDER**

19  IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to
20 Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for
21 the purpose of enforcing the parties' Settlement Agreement and General Release should such
22 enforcement be necessary.

24 Dated: August 8, 2005

26            Hon. James Larson
              UNITED STATES MAGISTRATE JUDGE